**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-14-02T **DATE:** June 24, 2005
**TITLE OF CASE:** USA v. Anthony Moscarelli

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Angela Reynolds**
**COURT INTERPRETER:** **n/a**

---

**COUNSEL PRESENT**

Government: Kenneth P. Madden, AUSA

Defendant: John A. MacDonald, Esquire

Probation: Kathy Conlon

---

**PROCEEDINGS:** **Sentencing**

June 24, 2005: All counsel of record present. Defendant is present. Probation is present. Court addresses mandatory minimums. Counsel responds. Court reschedules sentencing for Friday, October 14, 2005 at 9:30 a.m.

Recess