**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. NO. 05-14T** |
| | : | |
| **ANTHONY MOSCARELLI** | : | |

**NOTICE OF APPEAL**

Now comes the defendant, by and through counsel, and hereby appeals the sentence imposed on May 18, 2006 to the United States Court of Appeals for the First Circuit.

Respectfully submitted,
Anthony Moscarelli
By his attorney,

John E. MacDonald, 5368
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903
(401) 421-1440
(401) 421-1442 (FAX)

**CERTIFICATION**

I hereby certify that on 5-19-06 a true copy of this document was delivered to A.U.S.A.Ken Madden, Fleet Center, 50 Kennedy Plaza, Providence, RI 02903.