05-00014
USDC - RIPR
J. Torres

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1980

UNITED STATES

Appellee

v.

ANTHONY MOSCARELLI

Defendant - Appellant

**JUDGMENT**

Entered: September 12, 2006
Pursuant to 1st Cir. R. 27(d)

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT
2006 SEP 12 P 3: 16

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

**Mandate to issue forthwith.**

By the Court:
Richard Cushing Donovan, Clerk

By: LYNNE ALIX MORRISON
Lynne Alix Morrison, Appeals Attorney

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

[signature]
**Deputy Clerk**

**Date:** 9/12/06

[cc: Kenneth P. Madden, AUSA, Donald C. Lockhart, AUSA, John E. MacDonald, Esq., Anthony Moscarelli, defendant]